1  SEYFARTH SHAW LLP
   Ashley N. Arnett (SBN 305162)
2  aarnett@seyfarth.com
   601 South Figueroa Street, Suite 3300
3  Los Angeles, California 90017-5793
   Telephone:  (213) 270-9600
4  Facsimile:   (213) 270-9601

5  Attorneys for Defendant
   THE TJX COMPANIES, INC.
6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 | JUAN VALENCIA | Case No. 2:23-cv-08313-JAK (PDx)
12 | Plaintiff, |
13 | v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**
14 | THE TJX COMPANIES, INC.; GERSHMAN PROPERTIES PASEO SEPULVEDA LLC; and DOES 1 to 10, |
15 | |
16 | Defendants. |

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)

307144258v.1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS SO STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: January 2, 2024   SEYFARTH SHAW LLP

By: /s/Ashley N. Arnett
    Ashley N. Arnett

Attorneys for Defendant
THE TJX COMPANIES, INC.

DATED: January 2, 2024   SO. CAL. EQUAL ACCESS GROUP

By: /s/ Jason Kim
    Jason Kim
    Jason Yoon

Attorneys for Plaintiff
JUAN VALENCIA

# **CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ashley N. Arnett, hereby certify that the content of this document is acceptable to Plaintiff's counsel, Jason J. Kim, and that Plaintiff's counsel has provided his authorization to affix his electronic signature to this document.

DATED: January 2, 2024                    Respectfully submitted,

                                                             SEYFARTH SHAW LLP

                                                             By: */s/ Ashley N. Arnett*
                                                                     Ashley N. Arnett

                                                             Attorneys for Defendant
                                                             THE TJX COMPANIES, INC.